JAMES BIGLER, Respondent. *v.* THE NEW YORK AND SOUTH BROOKLYN FERRY AND STEAM TRANSPORTATION COMPANY, Appellant.

(Submitted October 27, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 13, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury.

*Michael H. Cardozo* for appellant.

*M. H. Hirschberg* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.